UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODRICK BONE,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00615-JDP (SS)<br><br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ECF No. 15 |

　　　For good cause shown, ECF No. 17, the court's December 8, 2020 order to show cause, ECF No. 15, is hereby discharged.

IT IS SO ORDERED.

Dated:　January 13, 2021　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE