UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRODRICK BONE, <br><br> Plaintiff, <br><br> vs. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | 2:20-cv-00615-JDP (SS) <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME <br><br> ECF No. 19 |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time from February 1, 2021 to March 3, 2021 to respond to Plaintiff's motion for summary judgment. Since Plaintiff filed his brief. Defendant's counsel had to take time off work due to a shoulder injury and is working at a reduced speed.  Defendant's counsel has six briefs due in other social security cases in Feburary and is responsible for reviewing the briefs and other assignments of a new law clerk. Defendant's counsel additionally has to expend signifant time monitoring the status of the electronic administrive records (ecars) in three jurisditions due to covid related delays.  Counsel, therefore, requests additional time to review the record and draft the responsive motion. Defendant's counsel apologizes to the Court and Plaintiff for this delay.

This request is made in good faith with no intention to unduly delay the proceedings.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 29, 2021          */s/ Jesse S. Kaplan by Chantal R. Jenkins\**
                                  *As authorized *via* email on January 29, 2021
                                  Jesse S. Kaplan
                                  Attorney for Plaintiff

Dated:  January 29, 2021          McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                          By:     */s/ Chantal R. Jenkins*
                                  CHANTAL R. JENKINS
                                  Special Assistant United States Attorney

**ORDER**

The parties' stipulation for an extension of time is approved and so ordered.

IT IS SO ORDERED.

Dated:   February 2, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE