UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| BRODRICK BONE,<br>　　　　　Plaintiff,<br><br>　v.<br><br>Andrew Saul<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant.<br>_____/ | No.   2:20-cv-00615-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF<br>TIME TO FILE PLAINTIFF'S REPLY BRIEF<br><br>ECF No. 22 |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule and medical difficulties, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to April 19, 2021.

　　　This is a first extension of time. Plaintiff's counsel sustained a serious injury to a finger on his left hand 10 days ago. A week ago, a hand surgeon put the entire hand into a cast. Two days later, surgery was performed, eliminating that day for any work at all, and the entire hand

1

and half the forearm were placed back in a cast, leaving only the thumb free. Counsel is hard-pressed keeping up with prehearing briefs and correspondence while typing with only one hand, will see the surgeon again tomorrow, and will begin hand therapy this week, which will also consume time. Counsel has been forced to put off another reply brief that should be done before this one, an opening brief in the Ninth Circuit, and is about to request further extension on a second such opening brief, so far.

Dated:   March 22, 2021                     /s/    *Jesse S. Kaplan*
                                                                                  JESSE S. KAPLAN
                                                                                 Attorney for Plaintiff

                                                                                 McGREGOR SCOTT
                                                                                 United States Attorney
                                                                                 DEBORAH LEE STACHEL
                                                                                 Regional Counsel, Region IX
                                                                                 Social Security Administration

Dated:  March 23, 2021                     */s/ per e-mail authorization*
                                                                                 CHANTAL JENKINS
                                                                                 Special Assistant U.S. Attorney
                                                                                 Attorney for Defendant

**ORDER**

The court construes this stipulation, ECF No. 22, as a motion. For good cause shown on stipulation, plaintiff's time to file a reply brief is extended to April 19, 2021.

IT IS SO ORDERED.

Dated:   April 5, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE